Ex parte TRAVELERS' PROTECTIVE
ASSOCIATION OF AMERICA,
Petitioner.
No. 3667.

Circuit Court of Appeals, Fourth Circuit.
Oct. 12, 1934.

Tillett, Tillett & Kennedy, of Charlotte, N. C., for petitioner.

PER CURIAM.

Leave granted petitioner to file a petition for a writ of mandamus directed to the District Court of the United States for the Western District of North Carolina, at Charlotte, requiring said District Court to hear and determine a case in that court entitled J. Glenn Smith, Executor of Robert G. Smith, et al., Plaintiffs, v. Travelers' Protective Association of America, Defendant.

Upon application of petitioner, the petition for writ of mandamus is dismissed, with costs. Order filed.

Mrs. Amy TRESNER v. COMMISSIONER
OF INTERNAL REVENUE.
No. 1171.

Circuit Court of Appeals, Tenth Circuit.
Nov. 28, 1934.

Albert L. McRill, of Oklahoma City, Okl., for petitioner.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of respondent, petitioner consenting.

UNITED STATES of America, Appellant,
v. William V. BARTLETT, Appellee.
No. 7408.

Circuit Court of Appeals, Ninth Circuit.
Oct. 26, 1934.

Peirson M. Hall, U. S. Atty., Mansel G. Gallaher, Asst. U. S. Atty., and Ernest D. Fooks, Atty. Dept. of Justice, all of Los Angeles, Cal., and Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., Randolph C. Shaw, Sp. Asst. to Atty. Gen., Thomas E. Walsh, Sp. Asst. to Atty. Gen., and Armistead L. Boothe, Atty. Dept. of Justice, of Washington, D. C.

Wm. H. Wilson and Wm. Christensen, both of Los Angeles, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

The record in this case does not present the question of the sufficiency of the evidence to justify the judgment. Continental Nat. Bank et al. v. National City Bank of New York (C. C. A.) 69 F.(2d) 312. This being the only assignment of error presented by the appellant, the judgment is affirmed.